11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Toby J. Lindley

Appellant

Vs.                   No. 11-01-00398-CR B Appeal from Callahan County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
dismiss his appeal.  In his motion, appellant
states that he does not wish to further prosecute this action.  The motion is signed by both appellant and
his attorney.  TEX.R.APP.P. 42.2.

The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

November 21, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.